UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER JAY LEE,
a/k/a Jason Lee Sutton

        Plaintiff,

v.

LESLIE O'CONNOR,

        Defendant.

Case No. C22-1392-KKE-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On February 22, 2024, the parties submitted a proposed stipulated protective order. (Dkt. # 42.) Local Civil Rule 26(c)(2) requires that parties "describe[] the justification for such an order" and, if departing from this district's model protective order, "provide the court with a redlined version identifying departures from the model." No justification or redlined version has been provided. The Court will consider the stipulated motion after these have been provided.[1]

---

[1] In addition, the parties are reminded to email a Word-compatible version of any proposed order to Judge Peterson, as required by the Court's Electronic Filing Procedures, *available at* https://www.wawd.uscourts.gov/sites/wawd/files/ECFFilingProcedures.pdf (last visited February 26, 2024).

MINUTE ORDER - 1

DATED this 26th day of February, 2024.

                                      Ravi Subramanian
                                      Clerk of Court

                               By: Tim Farrell
                                    Deputy Clerk

MINUTE ORDER - 2