UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER JAY LEE,
a/k/a Jason Lee Sutton

Plaintiff,

v.

LESLIE O'CONNOR,

Defendant.

Case No. C22-1392-KKE-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On February 22, 2024, the parties submitted a proposed stipulated protective order to the Court for entry. (Dkt. # 42.) However, the proposed protective order did not comply with the local rules of this Court, and thus, on February 26, 2024, the Court issued a Minute Order advising the parties that it would not consider the stipulated motion for a protective order until they complied with the local rules. (Dkt. # 43.) Three weeks have now passed and the parties have not submitted a corrected version of their stipulated protective order, suggesting they do not intend to do so. Accordingly, the parties' stipulated motion for a protective order (dkt. # 42) is

MINUTE ORDER - 1

STRICKEN from the Court's calendar. The parties may resubmit their motion at a later date should they deem it necessary and appropriate to do so.

DATED this 19th day of March, 2024.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2