UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER JAY LEE, a/k/a Jason Lee Sutton,<br><br>                Plaintiff,<br><br>   v.<br><br>LESLIE O'CONNOR,<br><br>                Defendant. | Case No. C22-1392-KKE-MLP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On June 14, 2024, the parties submitted a stipulated motion to continue summary judgment and trial related deadlines. (Dkt. # 61.) On June 20, 2024, the Honorable Kymberly K. Evanson, United States District Judge, issued a Minute Order striking the trial related deadlines. (*See* dkt. # 62.) Defendant's motion for summary judgment, however, remains pending, and the parties' request to extend deadlines related to that motion is GRANTED. Plaintiff shall file a response to Defendant's motion for summary judgment not later than ***June 28, 2024***, and Defendant shall file any reply brief not later than ***July 12, 2024***. Defendant's motion for summary judgment (dkt. # 47) is RE-NOTED for consideration on ***July 12, 2024***.

MINUTE ORDER - 1

DATED this 21st day of June, 2024.

Ravi Subramanian
Clerk of Court

By: Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2