THE HONORABLE KYMBERLY K. EVANSON
MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER JAYLEE,

    Plaintiff,

v.

LESLIE O'CONNOR,

    Defendant.

No. 2:22-cv-01392-KKE-MLP

AMENDED [PROPOSED] ORDER GRANTING STIPULATED MOTION TO SEAL

BEFORE this Court on the parties' Stipulated Motion to Seal the Court having reviewed said motion, declaration, and other evidence submitted by the parties and being otherwise fully advised does hereby find and **ORDER:**

1. The parties' stipulated motion to seal the videos is **GRANTED;**

2. The Court finds that there are compelling reasons to seal the video surveillance footage (Exhibit F of the Declaration of Counsel) filed with Plaintiff's Response to Defendant's Motion for Summary Judgment.

3. The Court has balanced these reasons with the public's right to know and the public interest. Although there is public interest in having access to materials submitted as part of a

---

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL - 1
CASE NO. 2:22-CV-01392-KKE-MLP

Civil Rights Justice Center, PLLC
1833 N 105th Street, Suite 201
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

response to the motion for summary judgment, the interest is outweighed here by the overwhelming compelling interest in maintaining the confidentiality and security of Department of Corrections' facilities. Furthermore, any public interest or legitimate need to know the information can be preserved to some degree by the parties' reference to the video.

4. There is no lesser way to protect the interests at stake here due to the nature of the evidence and the concerns presented by such evidence.

5. The Clerk is directed to send uncertified copies of this Order to counsel for plaintiff and counsel for defendants.

DATED this 11th day of July, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

Submitted by:

CIVIL RIGHTS JUSTICE CENTER, PLLC

/s/ Darryl Parker
Darryl Parker, WSBA #30770
Attorney for Plaintiff

ROBERT W. FERGUSON
Attorney General

/s/Aaron Williams
Aaron Williams, WSBA #46044
Sean Brittain, WSBA #36804
Assistant Attorneys General
Corrections Division

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL - 2
CASE NO. 2:22-CV-01392-KKE-MLP

Civil Rights Justice Center, PLLC
1833 N 105th Street, Suite 201
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**CERTIFICATE OF SERVICE**

I, Ishika Vasudeva, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a legal assistant at the Civil Rights Justice Center, PLLC, and am over the age of 18. On the date and in the manner indicated below, I caused a true and correct copy of AMENDED [PROPOSED] ORDER GRANTING STIPULATED MOTION TO SEAL to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of filing to all counsel of record.

DATED: this 9th day of July 2024, at Seattle, Washington.

*/s/ Ishika Vasudeva*
**Ishika Vasudeva**, Legal Assistant

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL - 3
CASE NO. 2:22-CV-01392-KKE-MLP

**Civil Rights Justice Center, PLLC**
1833 N 105th Street, Suite 201
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183