UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER JAY LEE, a/k/a Jason Lee Sutton, <br><br> Plaintiff, <br><br> v. <br><br> LESLIE O'CONNOR, <br><br> Defendant. | Case No. C22-1392-KKE-MLP <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On July 9, 2024, the Court received from Plaintiff's counsel a proposed order granting the parties' stipulated motion to seal video surveillance footage being offered by Plaintiff in support of her response to Defendant's summary judgment motion. (Dkt. # 69.) On the same date, Plaintiff's counsel filed a Notice of Filing Physical Materials with the Clerk in which he references a CD/DVD containing the videos that the parties had requested be sealed. (Dkt. # 70.) On July 11, 2024, the Court signed the Order granting the motion to seal. (Dkt. # 71). To date, however, the Court has not received the actual CD/DVD. Plaintiff's materials in opposition to Defendant's summary judgment are therefore incomplete.

MINUTE ORDER - 1

If Plaintiff wishes to have the video surveillance footage considered by the Court, Plaintiff shall file the CD/DVD not later than *August 21, 2024*. If the Court does not receive the CD/DVD by that date, the Court will strike all references to the video surveillance footage from the Plaintiff's materials opposing summary judgment. Defendant's motion for summary judgment (dkt. # 47) is RE-NOTED for consideration on *August 21, 2024*.

DATED this 14th day of August, 2024.

Ravi Subramanian
Clerk of Court

By: Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2