UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER JAY LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAULA CHANDLER et al.,<br><br>　　　　　Defendant. | CASE NO. C22-1392-KKE-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　　The Court reviewed Plaintiff's third amended complaint, Defendant's motion for summary judgment, the report and recommendation of U.S. Magistrate Judge Michelle L. Peterson, and the remaining record.  No objections to the report and recommendation were filed.  Accordingly, the Court finds and orders that:

　　　　(1) The Report and Recommendation (Dkt. No. 75) is approved and adopted;

　　　　(2) Defendant's motion for summary judgment (Dkt. Nos. 47, 59-2) is GRANTED; and

　　　　(3) Plaintiff's third amended complaint (Dkt. No. 40) and this action are DISMISSED with prejudice.

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Dated this 12th day of November, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2